IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| PANINI AMERICA, INC., | § | |
| | § | |
| *Movant*, | § | |
| | § | Case No._____ |
| v. | § | |
| | § | Related to: |
| WILD CARD, INC. AND DANIEL | § | |
| ATKINS, | § | *E. Hanlin Bavely, Chapter 7 Trustee of AAA* |
| | § | *Sports, Inc. v. Panini America, Inc.*, No. |
| *Respondents*. | § | 4:22-cv-00093-ALM (E.D. Tex.) |

**MOTION TO COMPEL COMPLIANCE WITH SUBPOENAS OR, IN THE ALTERNATIVE, TO TRANSFER MOTION TO THE EASTERN DISTRICT OF TEXAS**

Pursuant to Federal Rules of Civil Procedure 37 and 45, Movant Panini America, Inc. moves to compel nonparties Daniel Atkins and Wild Card, Inc. to comply with the Subpoenas to Produce Documents, Information, or Objects previously served upon them. In the alternative, Panini moves the Court for an order transferring this motion to the Eastern District of Texas, Sherman Division, for consolidation with the underlying litigation styled *E. Hanlin Bavely, Chapter 7 Trustee of AAA Sports, Inc. v. Panini America, Inc.*, No. 4:22-cv-00093-ALM (E.D. Tex.).

Federal Rule of Civil Procedure 37(a)(1) and the local rules of the Middle District of Tennessee require that, prior to the filing of discovery motions, the parties must "confer in good faith in an effort to resolve by agreement the issues raised." L.R. 37.01. Panini's Texas counsel conducted a telephonic conference with counsel for Respondents Daniel Aktins and Wild Card, Inc. on July 22, 2022, in which the parties discussed each of Panini's document requests. Panini followed up by sending a letter explaining the necessity and relevance of these documents. *See*

1

Letter dated August 11, 2022 (attached as **Exhibit A**).  At this time, neither Atkins nor New Wild Card have produced any documents.

Pursuant to Local Rule 7.01(a)(1), Panini's Texas counsel has conferred with counsel for Respondents concerning this motion, and the request to compel compliance with the subpoenas is opposed.  Counsel for Respondents has not yet indicated whether the request to transfer this motion to the Eastern District of Texas is opposed.

DATED: September 2, 2022                Respectfully submitted,

*/s/ John Farringer*
John L. Farringer IV (No. 22783)
Mark Alexander Carver (No. 36754)
Sherrard Roe Voigt Harbison, PLC
150 3rd Ave. South, Suite 1100
Nashville, TN 37201
Tel: (615) 742-4200
Fax: (615) 742-4539
jfarringer@srvhlaw.com
acarver@srvhlaw.com

*Attorneys for Panini America, Inc.*

Of Counsel:

Charles E. Phipps (Texas Bar No. 00794457)
Seth M. Roberts (Texas Bar No. 24051255)
Robert E. Nail (Texas Bar No. 24025556 )
A. Tucker Davison (Texas Bar No. 24120794)
Locke Lord LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Tel: (214) 740-8779
Fax: (214) 756-8779
cphipps@lockelord.com
sroberts@lockelord.com
rnail@lockelord.com
tucker.davison@lockelord.com

2

Brad C. Knapp (Texas Bar No. 24060101)
Locke Lord LLP
601 Poydras, Suite 2660
New Orleans, Louisiana 70130
Tel: (504) 558-5210
bknapp@lockelord.com

Glenn G. Pudelka (Massachusetts Bar No. 655157)
Locke Lord LLP
111 Huntington Avenue
Boston, Massachusetts 02199
Tel: (617) 239-0371
glenn.pudelka@lockelord.com

Christopher G. Garcia (Texas Bar No. 24120840)
Locke Lord LLP
600 Congress Ave., Suite 2200
Austin, Texas 78701
Tel: (512) 305-4700
chris.garcia@lockelord.com

3

## CERTIFICATE OF SERVICE

Service of a motion to compel compliance with a subpoena issued under Federal Rule of Civil Procedure 45 "is governed by Fed. R. of Civ. P. 5." *Emcyte Corp. v. Apex Biologix, LLC*, 2021 WL 5507219, at *2 (C.D. Cal. Nov. 24, 2021).  Under Federal Rule of Civil Procedure 5, "[i]f a party is represented by an attorney, service under this rule must be made on the attorney unless the court orders service on the party."  Fed. R. Civ. P. 5(b)(1). Respondents Wild Card, Inc. and Daniel Atkins are represented by the attorneys listed below.

Accordingly, pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that on September 2, 2022, I served a copy of the foregoing by electronic mail and U.S. Mail upon the following:

Brian Lawrence King
Cole Schotz, PC - Dallas
901 Main Street
Suite 4120
Dallas, TX 75202
469-557-9399
Fax: 469-466-6213
Email: bking@coleschotz.com

Jeffery M. Sauer
Cole Schotz P.C.
25 Main Street
Court Plaza North
Hackensack, NJ 07601
201-489-3000
Fax: 201-678-6232
Email: jsauer@coleschotz.com

Timothy J.H. Craddock
Cole Schotz, PC - Dallas
901 Main Street
Suite 4120
Dallas, TX 75202
469-557-9398
Fax: 469-466-6238
Email: tcraddock@coleschotz.com

Donald A Ottaunick
Cole Schotz P.C. - NJ
25 Main Street
Hackensack, NJ 07601
201-489-3000
Fax: 201-678-6229
Email:
dottaunick@coleschotz.com

Matteo Percontino
Cole Schotz P.C. - NJ
25 Main Street
Hackensack, NJ 07601
201-489-3000
Fax: 201-678-6298
Email:
mpercontino@coleschotz.com

Vishal Hemant Patel
Cole Schotz P.C.
901 Main Street
Suite 4120
75202
Dallas, TX 75202
469-557-9390
Fax: 469-533-9719
Email: vpatel@coleschotz.com

Jacob S Frumkin
Cole Schotz P.C. - NJ
25 Main Street
Hackensack, NJ 07601
212-752-8000
Fax: 646-563-7944
Email:
jfrumkin@coleschotz.com

Niky R. Bagley
Cole Schotz P.C.
901 Main Street
Suite 4120
Dallas, TX 75202
469-208-3280
Fax: 469-533-6457
Email:
nbagley@coleschotz.com

Gary R Sorden
Cole Schotz, PC - Dallas
901 Main Street
Suite 4120
Dallas, TX 75202
469-557-9396
Fax: 469-466-6231
Email: gsorden@coleschotz.com

4

James Robert Perkins
Cole Schotz, PC - Dallas
901 Main Street
Suite 4120
Dallas, TX 75202
469-557-9395
Email: jperkins@coleschotz.com

*/s/ John Farringer*
John L. Farringer IV