# EXHIBIT A



2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Telephone:  214-740-8000
Fax:  214-740-8800
www.lockelord.com

Seth M. Roberts
Direct Telephone:  214-740-8453
Direct Fax:  214-756-8453
sroberts@lockelord.com

August 11, 2022

**Via Electronic Mail**
Niky Bagley
Cole Schotz, P.C.
901 Main Street, suite 4120
Dallas, TX 75202
Nbagley@coleschotz.com

     Re:    Subpoenas served on Wild Card Inc. and Daniel Atkins

Dear Niky,

I'm following up on our meet and confer of July 22, 2022, regarding the subpoenas that were served on Wild Card, Inc., and Daniel Atkins individually.

By way of background:

- I first provided copies of the subpoenas to your firm via e-mail on June 6, 2022, and asked if your firm would accept service.  No one from your firm ever responded.

- Chase Cobb provided the Rule 45 notice of subpoena via e-mail on June 17, 2022.

- Daniel Atkins and Wild Card were served with the subpoenas on June 22, 2022.  Affidavits of service are attached.

- Wild Card, Inc. served its Objections and Responses by e-mail on July 8, 2022.

- Daniel Atkins never responded to the subpoena.

- Neither Wild Card, Inc. nor Atkins produced any documents.

In our call, you confirmed that Wild Card, Inc. designed, manufactured, and marketed sports trading cards (specifically, the 2021 Matte Football collection) using the following logos:

   

You confirmed that the Wild Card logo is featured on the marketing materials for Wild Card, Inc.'s 2021 Matte Football collection, as well as the product packaging (*see* example below):



You also confirmed that the Stat Smashers logo was featured on promotional materials for Wild Card, Inc.'s 2021 Matte Football collection, which advertised that the 2021 Matte Football collection includes actual Stat Smashers cards, like the one pictured below:



I understand from our phone call that Wild Card, Inc. now contends those advertisements were false, and that the 2021 Matte Football collection does not actually include Stat Smashers cards, as advertised.

These specific logos, which were used to in the design, manufacture, and marketing of the 2021 Matte Football collection, are identified in the underlying Complaint as alleged copyright management information ("CMI") – allegedly owned by the bankruptcy estate of AAA Sports, Inc. (not Wild Card, Inc.).  *See* Complaint, Case 4:22-cv-00093-ALM, ECF #1 at ¶29.



As we discussed, the subpoenas served on your clients specifically request all documents related to the design, manufacture, and marketing of Wild Card, Inc.'s 2021 Matte Football collection (and any other collection that features the alleged CMI), including promotional materials and advertisements, sales records, licensing agreements for the Wild Card and Stat Smashers logos (the alleged CMI in the underlying Complaint), all communications regarding the same, and all communications (including e-mail communications) concerning Wild Card, Inc.'s licensing and use of the Wild Card or Stat Smashers logos.

Panini will proceed to file a motion to compel if all documents are not promptly produced.

Sincerely,

Seth Roberts

# UNITED STATES DISTRICT COURT
### for the
### EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| E. HANLIN BAVELY, CHAPTER 7 TRUSTEE OF AAA SPORTS, | § § § | |
| Plaintiff(s), | § | |
| v. | § § | Civil Action No. **4:22-cv-00093-ALM** |
| PANINI AMERICA, INC., | § § | |
| Defendant(s). | § | |

## RETURN OF SERVICE

Came to my hand on **Tuesday, June 21, 2022 at 2:14 PM,**
Executed at: **2703 EUGENIA AVENUE, NASHVILLE, TN 37211**
at **1:50 PM,** on **Wednesday, June 22, 2022,**
by delivering to the within named:

### WILD CARD, INC.

by personally delivering to **C/O, DANIEL ATKINS**
a true copy of this

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION with ATTACHMENT A

**BEFORE ME,** the undersigned authority, on this day personally appeared MARCUS WATSON who after being duly sworn on oath states: "My name is MARCUS WATSON. I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Tennessee. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude.

By: _____
**MARCUS WATSON – Process Server**

Subscribed and Sworn to by MARCUS WATSON, Before Me, the undersigned authority, on this
__23__ day of June, 2022.

_____
**Notary Public in and for the State of Tennessee**



Andrea D. Rue
Notary Public, ID KYNP28992
State at Large, Kentucky
My Commission Expires on May 12, 2025

# UNITED STATES DISTRICT COURT
### for the
### EASTERN DISTRICT OF TEXAS

E. HANLIN BAVELY, CHAPTER 7 §
TRUSTEE OF AAA SPORTS, §
§
          **Plaintiff(s),** §
§
v. §     **Civil Action No. <u>4:22-cv-00093-ALM</u>**
§
§
PANINI AMERICA, INC., §
§
          **Defendant(s).** §

## RETURN OF SERVICE

Came to my hand on **Tuesday, June 21, 2022 at 2:14 PM,**
Executed at: **2703 EUGENIA AVENUE, NASHVILLE, TN 37211**
at **1:50 PM,** on **Wednesday, June 22, 2022,**
by personally delivering to the within named:

### DANIEL ATKINS

a true copy of this

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION with ATTACHMENT A

**BEFORE ME,** the undersigned authority, on this day personally appeared MARCUS WATSON who after being duly sworn on oath states: "My name is MARCUS WATSON. I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Tennessee. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude.

By:_____
    **MARCUS WATSON – Process Server**

**Subscribed and Sworn to by MARCUS WATSON, Before Me, the undersigned authority, on this**
**_23_ day of June, 2022.**

_____
**Notary Public in and for the State of Tennessee**



Andrea D. Rue
Notary Public, ID KYNP28992
State at Large, Kentucky
My Commission Expires on May 12, 2025

Doc ID: afc08a2edd8f68187d044c3eac945316871a22cd